■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO ALVES, Appellant. [722 NYS2d 912] —Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered August 4, 1998, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his present argument challenging a prior conviction in the State of Connecticut as not being the equivalent of a New York felony is an issue that must be raised and explored at the trial level, where a record can be developed for appellate review (*see, People v Samms,* 95 NY2d 52, 57). The failure to do so renders the defendant's present claim unpreserved for appellate review (*see, People v Smith,* 73 NY2d 961; *People v Rodriguez,* 276 AD2d 379; *People v Johnson,* 266 AD2d 728; *People v Johnson,* 242 AD2d 896; *People v Salim,* 222 AD2d 621), and we decline to review it in the exercise of our interest of justice jurisdiction (*see, People v Cortese,* 222 AD2d 448; *People v DeGroat,* 203 AD2d 378; *People v Perez,* 202 AD2d 695). Ritter, J. P., Krausman, S. Miller and Feuerstein, JJ., concur.